Nouryon

```
        EMP #                                                      E A R N I N G S    S T A T E M E N T
        [REDACTED]
Cost Center: 108102
```

```
                                                        Period Beginning:  10/06/2025
                                                        Period Ending:     10/19/2025
                                                        Check Date:        10/24/2025
                                                        Pers. No           [REDACTED]

Basis of Pay:        Salary                             Iqra Sajid
                                                        1030 Washington Pl
                                                        Chesterbrook PA  19087
```

```
Earnings             Rate Hours/Units   Amount   Year-To-Date       Other Benefits and Information
                                                                                    This Period  Year-to-Date
Salary                      80.00      8,461.54   160,769.20        ------------------------------------------
Hiring Bonus                                       50,000.00        Dental Employer       41.55        831.00
Vacation Pay NU                                     5,923.12        LTD Employer          14.38        287.60
Holiday Pay NU                                      2,538.48        Basic Life Emplo      14.22        284.40
-----------------------------------------------------------         AD&D Employer          4.06         81.20
Gross Pay                              8,461.54   219,230.80        STD Employer           1.57         31.40
-----------------------------------------------------------         401k Employer        507.69      5,076.95
Tax Deductions: Federal                                             ER RSP Non Contr     253.85      5,077.00
  Withholding Tax                     1,424.25-   40,703.45-        EE GTLI Taxable       18.00        360.00
  EE Social Security Tax                          10,918.20-        Std Medical Empl     817.33     16,346.60
  EE Medicare Tax                       191.88-    3,212.69-
Tax Deductions: Pennsylvania                                        Payment Method                    Amount
  Withholding Tax                       250.12-    6,537.40-        ------------------------------------------
  EE Unemployment Tax                     5.92-      153.46-        Direct Deposit                  5,664.98
Tax Deductions: Radnor Township
  Local Services Tax                     2.00-       40.00-

Additional Deductions
---------- ----------
  401k Loan 1 Ded                       100.46-      703.22-
 *Std Medical EE pre-tax                244.14-    4,882.80-
 *Dental EE pre-tax                      11.94-      238.80-
 *Vision EE pre-tax                       8.16-      163.20-
 *401k EE pretax                        507.69-    5,076.95-
 *FSA EE pre-tax                         50.00-    1,000.00-
-----------------------------------------------------------
Total Net Pay                         5,664.98    145,600.63
-----------------------------------------------------------
                                                                    Your federal taxable wages      7,657.61
Total Work Hours for Pay Period           80.00
-----------------------------------------------------------         *Excluded from Federal Taxable Wages
```

```
    Nouryon Chemicals LLC
    15115 Park Row #250
    Houston             TX   77084              Check Date:10/24/2025
```

       For all HR or Payroll inquiries, send email to HROperationsUS@nouryon.com or submit a ticket via our HR
Portal
        T H I S  I S  N O T  A  C H E C K ! ! !                               N O N - N E G O T I A B L E

```
    Deposited to the account of:   Payment Type    Account No.   Bank/Check No.         Amount

    Iqra Sajid                     Bank transfer   [REDACTED]    [REDACTED]      USD   5,664.98
```

Nouryon

```
     EMP #                                                     E A R N I N G S     S T A T E M E N T
  [REDACTED]
 Cost Center: 108102
```

```
                                                      Period Beginning:   09/22/2025
                                                      Period Ending:      10/05/2025
                                                      Check Date:         10/10/2025
                                                      Pers. No            [REDACTED]

 Basis of Pay:          Salary                        Iqra Sajid
                                                      1030 Washington Pl
                                                      Chesterbrook PA   19087
```

```
 Earnings           Rate Hours/Units   Amount   Year-To-Date      Other Benefits and Information
                                                                                 This Period  Year-to-Date
 Salary                    40.00     4,230.74    152,307.66       ----------------------------------------
 Hiring Bonus                                     50,000.00       Dental Employer      41.55        789.45
 Vacation Pay NU   105.77  40.00     4,230.80      5,923.12       LTD Employer         14.38        273.22
 Holiday Pay NU                                    2,538.48       Basic Life Emplo     14.22        270.18
 ---------------------------------------------------------        AD&D Employer         4.06         77.14
 Gross Pay                           8,461.54    210,769.26       STD Employer          1.57         29.83
 ---------------------------------------------------------        401k Employer       253.85      4,569.26
 Tax Deductions: Federal                                          ER RSP Non Contr    253.85      4,823.15
   Withholding Tax                   1,485.17-   39,279.20-       EE GTLI Taxable      18.00        342.00
   EE Social Security Tax                        10,918.20-       Std Medical Empl    817.33     15,529.27
   EE Medicare Tax                     164.67-    3,020.81-
 Tax Deductions: Pennsylvania                                     Payment Method                   Amount
   Withholding Tax                     250.12-    6,287.28-       ----------------------------------------
   EE Unemployment Tax                   5.92-      147.54-       Direct Deposit                 5,885.11
 Tax Deductions: Radnor Township
   Local Services Tax                    2.00-       38.00-

 Additional Deductions
 --------- ----------
   401k Loan 1 Ded                     100.46-      602.76-
  *Std Medical EE pre-tax              244.14-    4,638.66-
  *Dental EE pre-tax                    11.94-      226.86-
  *Vision EE pre-tax                     8.16-      155.04-
  *401k EE pretax                      253.85-    4,569.26-
  *FSA EE pre-tax                       50.00-      950.00-
 ---------------------------------------------------------
 Total Net Pay                       5,885.11   139,935.65
 ---------------------------------------------------------
 Total Work Hours for Pay Period                     80.00       Your federal taxable wages      7,911.45
 ---------------------------------------------------------
                                                                 *Excluded from Federal Taxable Wages
```

```
 Nouryon Chemicals LLC
 15115 Park Row #250
 Houston              TX    77084                     Check Date:10/10/2025
```

For all HR or Payroll inquiries, send email to HROperationsUS@nouryon.com or submit a ticket via our HR Portal

T H I S   I S   N O T   A   C H E C K ! ! !                                                   N O N - N E G O T I A B L E

```
  Deposited to the account of:       Payment Type      Account No.    Bank/Check No.            Amount

  Iqra Sajid                         Bank transfer     [REDACTED]      [REDACTED]      USD    5,885.11
```

Nouryon

```
        EMP #                                              E A R N I N G S    S T A T E M E N T
Cost Center: 108102
```

```
                                                   Period Beginning:  09/08/2025
                                                   Period Ending:     09/21/2025
                                                   Check Date:        09/26/2025
                                                   Pers. No
Basis of Pay:         Salary
                                                   Iqra Sajid
                                                   1813 SW Pine Ave
                                                   Bentonville AR   72713
```

```
Earnings              Rate Hours/Units  Amount   Year-To-Date       Other Benefits and Information
                                                                                This Period  Year-to-Date
Salary                    80.00         8,461.54   148,076.92       ---------------------------------------
Hiring Bonus                                        50,000.00       Dental Employer       41.55       747.90
Vacation Pay NU                                      1,692.32       LTD Employer          14.38       258.84
Holiday Pay NU                                       2,538.48       Basic Life Emplo      14.22       255.96
-----------------------------------------------------------         AD&D Employer          4.06        73.08
Gross Pay                               8,461.54   202,307.72       STD Employer           1.57        28.26
-----------------------------------------------------------         401k Employer        253.85     4,315.41
Tax Deductions: Federal                                             ER RSP Non Contr     253.85     4,569.30
  Withholding Tax                       1,485.17-   37,794.03-      EE GTLI Taxable       18.00       324.00
  EE Social Security Tax                            10,918.20-      Std Medical Empl     817.33    14,711.94
  EE Medicare Tax                         118.39-    2,856.14-
Tax Deductions: Pennsylvania                                        Payment Method                   Amount
  Withholding Tax                         250.12-    6,037.16-      ---------------------------------------
  EE Unemployment Tax                       5.93-      141.62-      Direct Deposit                 5,931.38
Tax Deductions: Radnor Township
  Local Services Tax                        2.00-       36.00-

Additional Deductions
---------- ----------
  401k Loan 1 Ded                         100.46-      502.30-
  *Std Medical EE pre-tax                 244.14-    4,394.52-
  *Dental EE pre-tax                       11.94-      214.92-
  *Vision EE pre-tax                        8.16-      146.88-
  *401k EE pretax                         253.85-    4,315.41-
  *FSA EE pre-tax                          50.00-      900.00-
-----------------------------------------------------------
Total Net Pay                           5,931.38   134,050.54
-----------------------------------------------------------
                                                                    Your federal taxable wages      7,911.45
Total Work Hours for Pay Period            80.00
-----------------------------------------------------------         *Excluded from Federal Taxable Wages
```

```
Nouryon Chemicals LLC
15115 Park Row #250
Houston             TX    77084                    Check Date: 09/26/2025
```

       For all HR or Payroll inquiries, send email to HROperationsUS@nouryon.com or submit a ticket via our HR Portal
       T H I S   I S   N O T   A   C H E C K ! ! !                                      N O N - N E G O T I A B L E

```
    Deposited to the account of:       Payment Type      Account No.    Bank/Check No.         Amount

    Iqra Sajid                         Bank transfer                                   USD    5,931.38
```

Nouryon

| EMP # | EARNINGS STATEMENT |
|---|---|
| Cost Center: 108102 | |

Period Beginning:  08/25/2025
Period Ending:    09/07/2025
Check Date:       09/12/2025
Pers. No

Basis of Pay:        Salary

Iqra Sajid
1813 SW Pine Ave
Bentonville AR   72713

```
Earnings            Rate  Hours/Units  Amount    Year-To-Date
Salary                      72.00      7,615.38   139,615.38
Hiring Bonus                                       50,000.00
Vacation Pay NU                                     1,692.32
Holiday Pay NU    105.77     8.00        846.16     2,538.48
-------------------------------------------------------------
Gross Pay                              8,461.54   193,846.18
-------------------------------------------------------------
Tax Deductions: Federal
  Withholding Tax                      1,485.17-   36,308.86-
  EE Social Security Tax                           10,918.20-
  EE Medicare Tax                        118.40-    2,737.75-
Tax Deductions: Pennsylvania
  Withholding Tax                        250.12-    5,787.04-
  EE Unemployment Tax                      5.92-      135.69-
Tax Deductions: Radnor Township
  Local Services Tax                       2.00-       34.00-

Additional Deductions
---------- ----------
  401k Loan 1 Ded                        100.46-      401.84-
  *Std Medical EE pre-tax                244.14-    4,150.38-
  *Dental EE pre-tax                      11.94-      202.98-
  *Vision EE pre-tax                       8.16-      138.72-
  *401k EE pretax                        253.85-    4,061.56-
  *FSA EE pre-tax                         50.00-      850.00-
-------------------------------------------------------------
Total Net Pay                          5,931.38   128,119.16
-------------------------------------------------------------
Total Work Hours for Pay Period          80.00
-------------------------------------------------------------
```

```
Other Benefits and Information
                        This Period  Year-to-Date
--------------------------------------------------
Dental Employer            41.55         706.35
LTD Employer               14.38         244.46
Basic Life Emplo           14.22         241.74
AD&D Employer               4.06          69.02
STD Employer                1.57          26.69
401k Employer             253.85       4,061.56
ER RSP Non Contr          253.85       4,315.45
EE GTLI Taxable            18.00         306.00
Std Medical Empl          817.33      13,894.61

Payment Method                        Amount
--------------------------------------------------
Direct Deposit                       5,931.38
```

Your federal taxable wages       7,911.45

*Excluded from Federal Taxable Wages

Nouryon Chemicals LLC
15115 Park Row #250
Houston            TX    77084                     Check Date: 09/12/2025

For all HR or Payroll inquiries, send email to HROperationsUS@nouryon.com or submit a ticket via our HR Portal
         T H I S   I S   N O T   A   C H E C K ! ! !                               N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Iqra Sajid | Bank transfer | | | USD | 5,931.38 |