## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Iqra Sajid,<br><br>                                    Debtor. | Case No. 25-14453-AMC<br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on November 10, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 10, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Aidvantage
Attn: Bankruptcy
1891 Metro Center Dr
Reston, VA 20190-5287

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Arvest Bank
Attn: Arvest Mortgage
500 Broadway St
Little Rock, AR 72201-3333

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Ccb/saks
Po Box 182120
Columbus, OH 43218

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy PO
Box 790040
Saint Louis, MO 63179-0027

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**Mohela/dofed**
633 Spirit Drive
Chesterfield, MO 63005

**Nordstrom FSB**
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

**Pennsylvania Attorney General**
16th Floor, Strawberry Square Harrisburg,
PA 17120-0001

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General
Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683