**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  Case No. 25-14453-amc
          Chapter 13

Umer Ur Rahman
Umer Ur Rahman

Debtor(s).

## NOTICE OF APPEARANCE

**Arvest Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:  /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 75736
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 3rd day of December, 2025, to the following:

Michael A. Cibik
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
***Attorney for Debtor(s)***


Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
***Chapter 13 Trustee***


United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***



and by standard first class mail postage prepaid to:

Umer Ur Rahman
1030 Washington Pl
Chesterbrook, PA 19087-5880

Umer Ur Rahman
1030 Washington Pl
Chesterbrook, PA 19087-5880
***Debtor(s)***


                                        By:        /s/ Steven K. Eisenberg
                                                    Steven K. Eisenberg, Esquire