# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 25-14453 -AMC |
| | : | |
|    Iqra Sajid | : | Chapter: 13 |
| | : | |
|    Debtor. | : | |
| _____ | : | |

# ORDER

**AND NOW,** it is hereby **ORDERED** that the above-captioned bankruptcy case is **TRANSFERRED** to the docket of the Hon. Derek J. Baker.

Date: December 30, 2025

By the Court

**Ashely M. Chan**
**Chief Judge, United States Bankruptcy Court**