United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 25-14453-djb
Iqra Sajid | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Iqra Sajid, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |
| 15080519 | + | Arvest Bank, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 15068116 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15068120 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15068121 | | Umer Ur Rahman, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 31 2025 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2025 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Dec 31 2025 23:49:07 | Arvest Bank, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15068106 | | Email/Text: bankruptcy@arvest.com | Dec 31 2025 23:54:00 | Arvest Bank, Attn: Arvest Mortgage, 500 Broadway St, Little Rock, AR 72201-3333 |
| 15068104 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 31 2025 23:57:17 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15068105 | | Email/PDF: bncnotices@becket-lee.com | Dec 31 2025 23:57:09 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15068107 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 31 2025 23:57:09 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15068108 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 31 2025 23:54:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15068109 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 31 2025 23:57:09 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15068110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 31 2025 23:57:15 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15068111 | | Email/Text: mrdiscen@discover.com | Dec 31 2025 23:54:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15068112 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 31 2025 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15074417 | + | Email/Text: RASEBN@raslg.com | | |

Case 25-14453-djb   Doc 16   Filed 01/02/26   Entered 01/03/26 00:34:44   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | Dec 31 2025 23:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15068113 | Email/Text: EBN@Mohela.com | Dec 31 2025 23:54:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15068114 | Email/Text: EBN@Mohela.com | Dec 31 2025 23:54:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15088082 | Email/Text: EBN@Mohela.com | Dec 31 2025 23:54:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63055 |
| 15068115 | Email/Text: bnc@nordstrom.com | Dec 31 2025 23:54:10 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15068117 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2025 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15068118 | ^ MEBN | Dec 31 2025 23:49:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15068119 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 31 2025 23:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Iqra Sajid help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEVEN K. EISENBERG | on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2             User: admin             Page 3 of 3
Date Rcvd: Dec 31, 2025        Form ID: pdf900        Total Noticed: 25
TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 25-14453 -AMC |
| | : | |
| Iqra Sajid | : | Chapter: 13 |
| | : | |
| Debtor. | : | |
| _____ | : | |

## ORDER

**AND NOW,** it is hereby **ORDERED** that the above-captioned bankruptcy case is **TRANSFERRED** to the docket of the Hon. Derek J. Baker.

Date: December 30, 2025

By the Court

**Ashely M. Chan**
**Chief Judge, United States Bankruptcy Court**