**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Chapter 13 | |
| Iqra Sajid | : | | |
| | : | | |
| | : | | |
| Debtor(s) | : | Bankruptcy No. 25-14453-DJB | |

**PRAECIPE TO RELIST**

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on 01/29/2026 at 9:30 AM at Zoom in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing Chapter 13 trustee, and all creditors. For Zoom link, see the current Hearing Calendar for the Judge on the Court website.

Date: January 8, 2026                                           /s/Kenneth E. West, Esquire
                                                                Kenneth E. West, Esquire
                                                                Standing Chapter 13 Trustee