United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14453-djb |
| Iqra Sajid | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 09, 2026 | Form ID: 152 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Iqra Sajid, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |
| 15080519 | + | Arvest Bank, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 15068116 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15068120 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15068121 | | Umer Ur Rahman, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 10 2026 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2026 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15068106 | | Email/Text: bankruptcy@arvest.com | Jan 10 2026 00:41:00 | Arvest Bank, Attn: Arvest Mortgage, 500 Broadway St, Little Rock, AR 72201-3333 |
| 15068104 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 10 2026 00:40:00 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15068105 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2026 00:40:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15068107 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2026 00:40:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15068108 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 10 2026 00:41:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15068109 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2026 00:40:13 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15068110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2026 00:51:21 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15068111 | | Email/Text: mrdiscen@discover.com | Jan 10 2026 00:41:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15068112 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2026 00:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15074417 | + | Email/Text: RASEBN@raslg.com | Jan 10 2026 00:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| | | | |
|---|---|---|---|
| 15089524 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2026 00:40:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068113 | Email/Text: EBN@Mohela.com | Jan 10 2026 00:41:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15068114 | Email/Text: EBN@Mohela.com | Jan 10 2026 00:41:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15088082 | Email/Text: EBN@Mohela.com | Jan 10 2026 00:41:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63055 |
| 15068115 | Email/Text: bnc@nordstrom.com | Jan 10 2026 00:41:40 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15068117 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 10 2026 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15068118 | ^ MEBN | Jan 10 2026 00:37:58 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15090949 | Email/Text: ebn_bkrt_forms@salliemae.com | Jan 10 2026 00:42:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15068119 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 10 2026 00:41:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Iqra Sajid help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 09, 2026 | Form ID: 152 | Total Noticed: 26 |

STEVEN K. EISENBERG
    on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 152* (1/25)–doc 18

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Iqra Sajid  )  Case No. 25−14453−djb
     )
   Debtor(s).  )  Chapter: 13

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Derek J Baker

on 1/29/26 at 09:30 AM , in HRG will be held via Video Hearing, Parties will be notified for connection, For questions, please contact the court

Date: January 9, 2026

For The Court

Mohung Wong
Clerk of Court