United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 25-14453-djb

Iqra Sajid     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Iqra Sajid, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Arvest Bank djones@sterneisenberg.com bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Iqra Sajid help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEVEN K. EISENBERG | on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>　　IQRA SAJID<br>　　　　Debtor(s)<br>ARVEST BANK<br>　　　　Movant<br>　v.<br>IQRA SAJID<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 25-14453-djb |

## ORDER

　　AND NOW, this _____ day of _____ , 2026, upon the motion of Arvest Bank, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Arvest Bank (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  1813 SW Pine Ave, Bentonville, AR 72713.

BY THE COURT:

_____

DEREK J. BAKER

UNITED STATES BANKRUPTCY JUDGE

**Date: February 25, 2026**