**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| In Re: | |
|---|---|
| IQRA SAJID<br>        Debtor(s)<br>ARVEST BANK<br>        Movant<br>v.<br>IQRA SAJID<br>        Debtor(s)<br>UMER RAHMAN<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 25-14453-djb |

**ORDER**

AND NOW, this _____ day of _____ , 2026, upon the motion of Arvest Bank, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Arvest Bank (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  1813 SW PINE AVE, BENTONVILLE, AR 72713.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE