United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14453-djb |
| Iqra Sajid | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 30, 2026 | Form ID: 155 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Iqra Sajid, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |
| 15080519 | + | Arvest Bank, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 15068116 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15068120 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15068121 | # | Umer Ur Rahman, 1030 Washington Pl, Chesterbrook, PA 19087-5880 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15068106 | | Email/Text: bankruptcy@arvest.com | Jul 31 2026 02:02:00 | Arvest Bank, Attn: Arvest Mortgage, 500 Broadway St, Little Rock, AR 72201-3333 |
| 15068104 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 31 2026 02:04:00 | Aidvantage, Attn: Bankruptcy, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 15068105 | | Email/PDF: bncnotices@becket-lee.com | Jul 31 2026 02:04:01 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15068107 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2026 02:14:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15068108 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 31 2026 02:02:00 | Ccb/saks, Po Box 182120, Columbus, OH 43218-2120 |
| 15068109 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 31 2026 02:03:53 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15068110 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2026 02:14:15 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15068111 | | Email/Text: mrdiscen@discover.com | Jul 31 2026 02:02:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15068112 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2026 02:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15074417 | + | Email/Text: RASEBN@raslg.com | Jul 31 2026 02:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15089524 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 02:14:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068113 | | Email/Text: EBN@Mohela.com | Jul 31 2026 02:02:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, |

District/off: 0313-2                        User: admin                        Page 2 of 3

Date Rcvd: Jul 30, 2026                     Form ID: 155                       Total Noticed: 24

| | | | Chesterfield, MO 63005-1243 |
|---|---|---|---|
| 15068114 | Email/Text: EBN@Mohela.com | Jul 31 2026 02:02:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15088082 | Email/Text: EBN@Mohela.com | Jul 31 2026 02:02:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63055 |
| 15068115 | Email/Text: bankruptcy@td.com | Jul 31 2026 02:02:00 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 15068117 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2026 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15068118 | ^ MEBN | Jul 31 2026 01:58:35 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15090949 | Email/Text: ebn_bkrt_forms@salliemae.com | Jul 31 2026 02:02:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15068119 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 31 2026 02:02:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                 Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Arvest Bank djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Iqra Sajid help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| STEVEN K. EISENBERG | on behalf of Creditor Arvest Bank seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |

District/off: 0313-2                              User: admin                                    Page 3 of 3
Date Rcvd: Jul 30, 2026                          Form ID: 155                                   Total Noticed: 24

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                   )

   Iqra Sajid         )        Case No. 25−14453−djb

                    )

                    )

   Debtor(s).        )        Chapter: 13

                    )

                    )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 30, 2026                    For The Court

                                         Derek J Baker
                                         Judge, United States Bankruptcy Court